NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY, Appellant, v. JESSE S. PHILLIPS, Superintendent of Insurance of the State of New York, Respondent.

*Insurance — determination of superintendent of insurance requiring officers and directors of insurance company to make good deficiency in cash funds confirmed.*

*National Automobile Mut. Casualty Co.* v. *Phillips*, 200 App. Div. 849, affirmed.

(Argued April 17, 1922; decided May 2, 1922.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 29, 1921, unanimously confirming, on certiorari, a determination of the state superintendent of insurance, directing the relator, through its officers and directors, to make good a deficiency in its cash funds. Relator contended that the method adopted by the examiner and approved by the defendant in determining the financial condition of the relator was erroneous.

*Edward F. Clark* and *George R. Fearon* for appellant.

*Charles D. Newton*, Attorney-General (*John J. McCall* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.